```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JEFFREY SOLEIMANI & JAN SOLEIMANI,    :
:
Petitioners,    :        1:21-cv-1018-GHW
:
-v -    :
:
:
BERGI ANDONIAN & RENAISSANCE    :
CARPET & TAPESTRIES, INC.,    :
:
Respondents.    :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Petitioners' February 5, 2021 request to withdraw Dkt. No. 1-6 and refile the document with the identified redactions, Dkt. No. 3, is granted. Petitioners are directed to serve a copy of this order on Respondents and to retain proof of service.

SO ORDERED.

Dated: February 5, 2021

_____
GREGORY H. WOODS
United States District Judge