```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                               :

JEFFREY SOLEIMANI & JAN SOLEIMANI,  :

                                                                :

                                    Petitioners,  :                  1:21-cv-1018-GHW

                      -against-                              :

                                                                :                    ORDER

BERGI ANDONIAN & RENAISSANCE        :
CARPET & TAPESTRIES, INC.,              :

                                   Respondents.  :

------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on February 4, 2021. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than February 18, 2021. Additionally, counsel for Petitioners is directed to promptly file a notice of appearance in this case. Counsel for Respondents is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: February 11, 2021

                                                          _____
                                                             GREGORY H. WOODS
                                                        United States District Judge