USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
JEFFREY SOLEIMANI & JAN SOLEIMANI, :
:
Petitioners, :   1:21-cv-1018-GHW
:
-v - :
:
BERGI ANDONIAN & RENAISSANCE :
CARPET & TAPESTRIES, INC., :
:
Respondents. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a preliminary injunction hearing in this matter on February 17, 2021 at 11 a.m. The hearing will take place via teleconference. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The Court has received Petitioner's Memorandum of Law in Support of the Order to Show Cause to Confirm an Arbitration Award, for a Temporary Restraining Order, and for a Preliminary Injunction, and Respondents' memorandum of law in opposition. Petitioner's reply, if any, is due no later than February 15, 2021. Respondents are directed to email a copy of this order to Petitioners. Respondents are further directed to serve a copy of this order on Petitioners and to retain proof of service.

SO ORDERED.

Dated: February 11, 2021

                                                                         GREGORY H. WOODS
                                                                  United States District Judge