USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFERY SOLEIMANI & JAN SOLEIMANI,  :
:
Petitioners, :
:       1:21-cv-1018-GHW
- v - :
:       ORDER
RENAISSANCE CARPET & TAPESTRIES, INC.:
& BERGI ANDONIAN :
:
Respondents. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    WHEREAS, the Court has considered the filings submitted to the Court in this matter;

    WHEREAS, the parties appeared for a hearing with respect to Petitioners' application for preliminary injunctive relief before the Court by teleconference on February 17, 2021;

    WHEREAS, the Court has concluded that Petitioners have made a sufficient showing of the following:

(1) That there are sufficiently serious questions going to the merits of Petitioners' claims to make them fair ground for litigation; and

(2) Petitioners will suffer irreparable harm in the absence of injunctive relief;

    WHEREAS, the Court has provided a detailed record of its findings of fact and conclusions of law on the record during the conference held on February 17, 2021;

    NOW, upon motion by Petitioners, it is hereby

    ORDERED that Respondent Bergi Andonian, his agents, servants, employees and attorneys, and other persons who are in active concert of participation with Mr. Andonian, his agents, servants, employees and attorneys are restrained and enjoined from transferring, gifting, or otherwise handling any assets belonging to Renaissance Carpet & Tapestries, Inc. ("RCT") in any

manner other than as provided for and permitted by the January 7, 2021 arbitration award that is the subject of this confirmation proceeding.  For the avoidance of doubt, this order enjoins any such action with respect to any such assets regardless of where they are located or how, or in whose custody, they are held.  Therefore, to the extent that Mr. Andonian, or any other enjoined person, directly or indirectly holds or controls assets belonging to RCT in individual, personal accounts or otherwise, the transfer of such assets are enjoined by this order.

The Court finds that Petitioners have not demonstrated irreparable harm with respect to their claims regarding assets belonging to Mr. Andonian.  For that and the other reasons specified on the record during the hearing on February 17, 2021, Petitioners' request for an injunction freezing $1,830,453.42 of Mr. Andonian's personal assets is DENIED.

SO ORDERED.

Dated:  February 18, 2021

_____
GREGORY H. WOODS
United States District Judge