UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEFFREY SOLEIMANI & JAN SOLEIMANI,
         Petitioners,        21 **CIVIL** 1018 (GHW)

    -against-              <u>**JUDGMENT**</u>

BERGI ANDONIAN & RENAISSANCE
CARPET & TAPESTRIES, INC.,
         Respondents.
-----------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 10, 2022, the Soleimani's motion to confirm the arbitral award under the New York Convention is GRANTED, except with respect to section VIII.H.1 of the award, which the Court MODIFIES under § 11 of the FAA as described in the Order. Andonian's motion to vacate the award under § 10 of the FAA is DENIED.

**Dated**: New York, New York
    March 14, 2022

                    **RUBY J. KRAJICK**
                    **Clerk of Court**
             BY:
                    **Deputy Clerk**