MEMORANDUM ENDORSED

Case 1:21-cv-01018-GHW   Document 71   Filed 12/14/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023

**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

Andrew S. Lewner, Esq.
Extension 362
alewner@westermanllp.com

December 12, 2023

**BY ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

      Re:    Jeffrey Soleimani et al. v. Bergi Andonian, et al.
              Case No.: 21-cv-01018-GHW

Dear Judge Woods:

    I represent respondent Bergi Andonian in the above-referenced matter. I write to respectfully request an adjournment of the December 28, 2023 pre-motion conference that has been scheduled to discuss petitioners' potential motion for sanctions. This is my first request for an adjournment in this matter. The reason for this request is a pre-scheduled vacation the week of December 25, 2023 through January 1, 2024, as well as depositions scheduled for several days the following week. Accordingly, I respectfully request that this conference be adjourned to either January 8, 9 or 11. I have spoken with counsel for petitioner, who consents to this request.

Respectfully submitted,

Andrew S. Lewner

cc: All Counsel of Record (By ECF)

02924523

Application denied. Due to the Court's trial schedule, the conference must proceed as scheduled on December 28, 2023. As stated in the Court's December 8, 2023 order, the conference will be conducted remotely. Dkt. No. 8. Furthermore, Defendant is represented by multiple attorneys, any of whom may appear at the conference. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 70.

SO ORDERED.

Dated: December 14, 2023
New York, New York

                                    GREGORY H. WOODS
                                   United States District Judge