**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

Andrew S. Lewner, Esq.
Extension 362
alewner@westermanllp.com

December 14, 2023

**BY ECF**
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

Re: Jeffrey Soleimani et al. v. Bergi Andonian, et al.
Case No.: 21-cv-01018-GHW

Dear Judge Woods:

While it is not my practice to do so, I write to respectfully ask that the court reconsider its denial of my request to adjourn the December 28, 2023 conference in this matter.

While the court has noted that defendant is represented by numerous attorneys in this action, the representations by all attorneys other than me ceased with the decision that this court issued in 2021. I am currently the only attorney who is representing defendant. I will be filing with this court either later this week or early next week a substitution of counsel memorializing the withdrawal of defendants' prior counsel. That stipulation is actually signed by counsel, and is just awaiting a notarized signature from defendant (which has been delayed due to his age and health).

Unfortunately, I am going to be out of town all of next week on a vacation with my family. That vacation includes a college tour that we will be on with my son on December 28, making it impossible for me to participate in this hearing on that day.

I apologize for any inconvenience to the court. If it would be easier, I am able to conduct the hearing sooner, either on December 18, 20, 21 or 22.

I appreciate any consideration from the court to this unavoidable and pre-existing conflict.

Respectfully submitted,

Andrew S. Lewner

cc: All Counsel of Record (By ECF)

---

Application denied. Due to the Court's trial schedule, the conference must proceed on December 28, 2023 as scheduled. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 72.

SO ORDERED.

Dated: December 15, 2023
New York, New York

GREGORY H. WOODS
United States District Judge