UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2023
```

-------------------------------------------------------------- X
    :
JEFFREY SOLEIMANI, *et al.*,    :
    :
                Petitioners,  :        1:21-cv-1018-GHW
    :
           -v —        :        <u>ORDER</u>
    :
BERGI ANDONIAN, *et al.*,    :
                Respondents.  :
    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed at the December 28, 2023 conference, the parties are directed to meet and

confer regarding the process for litigating Petitioners' claims.  The parties must submit a joint letter

to the Court no later than January 16, 2024 containing their proposals regarding this process.

SO ORDERED.

Dated: December 28, 2023

_____
GREGORY H. WOODS
United States District Judge